**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 13-mc-00193-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID M. THORSEN,
MICHAEL L. PIRRAGLIA,
THOMAS K. LE DOUX,
RICK RAEMISCH,
JAMES FALK,
JANICE B. DAVIDSON, and
JOHN W. HICKENLOOPER,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Request to Compel Testimony and Seeking Grant of Immunity" (ECF No. 11) filed on December 12, 2013, is DENIED.

Dated:  December 13, 2013